## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **COQUI TECHNOLOGIES, LLC,** | |
| Plaintiff, | **Civil Action No. 2:16-cv-1194-RWS** |
| v. | **JURY TRIAL DEMANDED** |
| **GYFT, INC.,** | |
| Defendant. | |

### NOTICE OF APPEARANCE OF TIMOTHY T. WANG

Notice is hereby given that the undersigned attorney, Timothy T. Wang, enters his appearance in this matter for Plaintiff, Coqui Technologies, LLC, for the purpose of receiving notices and orders from the Court.

DATED January 10, 2017.

Respectfully submitted,

By: */s/ Timothy T. Wang*
Timothy T. Wang
Texas Bar No. 24067927

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4603
Fax: (972) 314-0900
E-mail: twang@nilawfirm.com

**ATTORNEY FOR PLAINTIFF**
**COQUI TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Timothy T. Wang*
Timothy T. Wang